# Exhibit D



# SIMMONS
ATTORNEYS AT LAW

**Simmons Browder Gianaris Angelides & Barnerd LLC**

From the Desk of
Paul A. Lesko (IL, MO, LA)

March 5, 2012

VIA EMAIL ONLY

ENOM, Inc.
eNom Headquarters, Legal Department
5808 Lake Washington Blvd. NE
Ste. 300
Kirkland, WA 98033
legal@enom.com

torrentcrazy.com
c/o WhoisGuard
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
a56b0f56d9334bf99d9c95c12c8da084.protect@whc

RE:  Takedown Notice of Infringing Material Located at www.torrentcrazy.com

To Whom It May Concern:

Please be advised that the Simmons Firm represents West Coast Productions ("WCP") in certain copyright infringement matters. It has come to our attention that a website that your company hosts (according to WHOIS information) infringes at least one copyright owned by our client.

In more detail, our client's intellectual property was unlawfully copied onto your servers without WCP's permission. The original motion picture entitled Super Anal Black Cougars, to which WCP owns the exclusive copyright, namely Copyright Registration Number PA0001764280 can be found at:

http://www.westcoastprod.com/xcart/product.php?productid=18349&cat=0&page=

The unauthorized and infringing copies can be found on the torrentcrazy.com website:

1. http://www.torrentcrazy.com/torrent/3950967/super.anal.black.cougars.xxx.dvdrip.xvid-pleasure at the file Super.Anal.Black.Cougars.XXX.DVDRip.XviD-PLEASURE and the info hash 25600be3c6cc4529ac4247fa9b6bcb8b530857eb;

www.simmonsfirm.com

**Headquarters**
One Court Street   800 479 9533
Alton, IL 62002    618 259 2222 p
                   618 259 2251 f

**St. Louis**
231 S. Bemiston    800 479 9533 p
Suite 525
St. Louis, MO 63105

**Chicago**
230 W. Monroe      312 759 7500 p
Suite 2221         312 759 7516 f
Chicago, IL 60606

**El Segundo**
100 N. Sepulveda Blvd.   310 322 3555 p
Suite 1350               310 322 3655 f
El Segundo, CA 90245

**San Francisco**
455 Market         415 536 3986 p
Suite 1150         415 537 4120 f
San Francisco, CA 94105

2. http://www.torrentcrazy.com/torrent/3950952/super.anal.black.cougars.xxx.dvdrip.xvid-pleasure at the file Super.Anal.Black.Cougars.XXX.DVDRip.XviD-PLEASURE and the info hash eb72bdd147682af141c1574a78dd848d01c0cddc;

3. http://www.torrentcrazy.com/torrent/3932699/super.anal.black.cougars.xxx.dvdrip.xvid-pleasure at the file Super.Anal.Black.Cougars.XXX.DVDRip.XviD-PLEASURE and the info hash d895a3c7a530ddd3c8cd7e0f7def6b43211f4e35;

4. http://www.torrentcrazy.com/torrent/3950961/super-anal-black-cougars-dvdrip at the file Super Anal Black Cougars DVDRip and the info hash ccda1ba63666d12e05a652b91008180724f13ab1;

5. http://www.torrentcrazy.com/torrent/3950944/super.anal.black.cougars.xxx.dvdrip.xvid-pleasure at the file Super.Anal.Black.Cougars.XXX.DVDRip.XviD-PLEASURE and the info hash 8653511547d205181db2b69d2c3b4f732947f3e4.

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"). By this letter, we seek the removal of the aforementioned infringing material from your servers. Therefore, you must immediately notify the infringer of this notice and inform them of their duty to remove the infringing material, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that as a service provider, you are required to remove or disable access to the infringing materials upon receiving this notice. Under U.S. law a service provider is only entitled to immunity from a copyright lawsuit provided that it acts with deliberate speed to investigate and rectify ongoing copyright infringement. If you do not investigate and remove or disable the infringing material this immunity is lost.

I am providing this notice in good faith and with the reasonable belief that my client's rights are being infringed. Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Sincerely,

Paul A. Lesko
Attorney at Law