IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC.<br><br>    *Plaintiff*,<br><br>v.<br><br>SWARM SHARING HASH FILES<br>7A41E9DDED8675F90CDDAC6F8E4E2311BABF14E7,<br>25600BE3C6CC4529AC4247FA9B6BCB8B530857EB,<br>8653511547D205181DB2B69D2C3B4F732947F3E4,<br>CCDA1BA63666D12E05A652B91008180724F13AB1,<br>D895A3C7A530DDD3C8CD7E0F7DEF6B43211F4E35,<br>EB72BDD147682AF141C1574A78DD848D01C0CDDC;<br>AND DOES 1-416.<br><br>    *Defendants*. | Case No. 6:12-cv-00670<br><br><br><br>***JURY TRIAL DEMANDED*** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

Upon the Plaintiff's *Ex Parte* Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, the Declaration of Matthias Schroeder Padewet, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiff may serve immediate discovery on the third party ISPs identified in Exhibit A to Plaintiff's Complaint and in the accompanying Memorandum of Law to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current (and permanent) addresses, e-mail addresses, and Media Access Control addresses for each Defendant. The disclosure of this information is consistent the ISPs obligations under the Cable Service Privacy Act (47 U.S.C. § 551(c)(2)(b)) which provides:

1

> **2)** A cable operator may disclose [personally identifiable] information if the disclosure is--
>
> ...
>
> **(B)** subject to subsection (h) of this section, made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed[.]

47 U.S.C. § 551(c)(2)(b).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiff in response to the Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act.

DATED: March 19, 2012
      Lafayette, Louisiana.

By: *C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

2