RECEIVED
JUN 2 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SWARM SHARING HASH FILES ) <br> 7A41E9DDED8675F90CDDAC6F8E4E2311BABF14E7, ) <br> 25600BE3C6CC4529AC4247FA9B6BCB8B530857EB, ) <br> 8653511547D205181DB2B69D2C3B4F732947F3E4, ) <br> CCDA1BA63666D12E05A652B91008180724F13AB1, ) <br> D895A3C7A530DDD3C8CD7E0F7DEF6B43211F4E35, ) <br> EB72BDD147682AF141C1574A78DD848D01C0CDDC; ) <br> AND DOES 1-416. ) <br> ) <br> Defendants. ) | Case No. 6:12-cv-000670 <br><br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER DISMISSING SPECIFIC DOE DEFENDANT

Upon the Plaintiff's Voluntary Motion to Dismiss a Specific Doe Defendant it is hereby:

ORDERED that the Doe Defendant specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendant filed June 22, 2012, be dismissed from this action.

The following Doe Defendant is dismissed with prejudice:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 121 | 70.177.41.83 | Cox Communications |

After this dismissal, 379 John Does will remain in this action.

DATED: 6/27/12

By: _Rebecca D. Doherty_
U.S. District Court

1