RECEIVED

JUL 1 6 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SWARM SHARING HASH FILES ) <br> 7A41E9DDED8675F90CDDAC6F8E4E2311BABF14E7, ) <br> 25600BE3C6CC4529AC4247FA9B6BCB8B530857EB, ) <br> 8653511547D205181DB2B69D2C3B4F732947F3E4, ) <br> CCDA1BA63666D12E05A652B91008180724F13AB1, ) <br> D895A3C7A530DDD3C8CD7E0F7DEF6B43211F4E35, ) <br> EB72BDD147682AF141C1574A78DD848D01C0CDDC; ) <br> AND DOES 1-416. ) <br> ) <br> Defendants. ) <br> ) | Case No. 6:12-cv-000670 <br><br><br> JURY TRIAL DEMANDED |

## ORDER DISMISSING SPECIFIC DOE DEFENDANT

Upon the Plaintiff's Voluntary Motion to Dismiss a Specific Doe Defendant it is hereby:

ORDERED that the Doe Defendant specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendant filed July 13, 2012, be dismissed from this action.

The following Doe Defendants are dismissed **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 4 | 71.222.106.119 | CenturyLink, Inc (Qwest Communications and CenturyTel Internet Holdings) |
| 325 | 71.90.240.75 | Charter Communications, Inc. |

1

The following Doe Defendants are dismissed **without prejudice**:

| Doe Number | IP Address | ISP Legal Name |
| --- | --- | --- |
| 186 | 174.31.144.174 | CenturyLink, Inc (Qwest Communications and CenturyTel Internet Holdings) |
| 243 | 70.185.223.142 | **Cox Communications, Inc.** |
| 287 | 70.160.24.207 | **Cox Communications, Inc.** |
| 393 | 68.226.226.41 | **Cox Communications, Inc.** |

After this dismissal, 370 John Does will remain in this action.

DATED: 7/16/12

By: _____
Rebecca F. Doherty
U.S. District Judge