IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

WEST COAST PRODUCTIONS, INC.       )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Case No. 6:12-cv-000670
                                    )
SWARM SHARING HASH FILES            )
7A41E9DDED8675F90CDDAC6F8E4E2311BABF14E7,  )
25600BE3C6CC4529AC4247FA9B6BCB8B530857EB,  )
8653511547D205181DB2B69D2C3B4F732947F3E4,  )
CCDA1BA63666D12E05A652B91008180724F13AB1,  )
D895A3C7A530DDD3C8CD7E0F7DEF6B43211F4E35,  )
EB72BDD147682AF141C1574A78DD848D01C0CDDC;  )
AND DOES 1-416.                     )   JURY TRIAL DEMANDED
                                    )
    Defendants.                     )
_____ )

**VOLUNTARY MOTION TO DISMISS SPECIFIC DOE DEFENDANTS**

Plaintiff hereby files this Voluntary Motion to Dismiss Specific Doe Defendants, through which it dismisses the 55 Doe Defendants listed below. This Voluntary Motion to Dismiss is specific to the Doe Defendants identified below and does not apply to any Defendant other than the Defendants listed herein. After this dismissal, 315 John Does will remain in this action.

Plaintiff hereby dismisses the following 10 Doe Defendants **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 1 | 174.73.3.195 | **Cox Communications, Inc.** |
| 63 | 68.229.130.153 | **Cox Communications, Inc.** |
| 82 | 63.234.11.132 | **CenturyLink, Inc (Qwest Communications and CenturyTel Internet Holdings)** |

1

| 101 | 65.127.169.50 | **CenturyLink, Inc (Qwest Communications and CenturyTel Internet Holdings)** |
| 103 | 76.107.47.50 | **Comcast Corporation** |
| 180 | 68.226.173.163 | **Cox Communications, Inc.** |
| 201 | 184.190.206.241 | **Cox Communications, Inc.** |
| 268 | 76.107.6.2 | **Comcast Corporation** |
| 297 | 76.101.137.30 | **Comcast Corporation** |
| 354 | 63.145.183.198 | **CenturyLink, Inc (Qwest Communications and CenturyTel Internet Holdings)** |

Plaintiff hereby dismisses the following 45 Doe Defendants without prejudice:

| **Doe Number** | **IP Address** | **ISP Legal Name** |
|---|---|---|
| 126 | 173.63.115.74 | **Verizon Communications Inc.** |
| 127 | 71.190.229.237 | **Verizon Communications Inc.** |
| 133 | 108.36.218.203 | **Verizon Communications Inc.** |
| 136 | 108.28.93.123 | **Verizon Communications Inc.** |
| 137 | 98.116.37.142 | **Verizon Communications Inc.** |
| 142 | 71.190.240.147 | **Verizon Communications Inc.** |
| 143 | 173.66.196.165 | **Verizon Communications Inc.** |
| 145 | 108.28.109.20 | **Verizon Communications Inc.** |
| 152 | 71.241.159.78 | **Verizon Communications Inc.** |

| 160 | 108.36.218.159 | **Verizon Communications Inc.** |
|---|---|---|
| 170 | 108.48.55.75 | **Verizon Communications Inc.** |
| 173 | 108.41.247.253 | **Verizon Communications Inc.** |
| 183 | 71.244.103.61 | **Verizon Communications Inc.** |
| 191 | 71.251.16.20 | **Verizon Communications Inc.** |
| 197 | 71.190.234.176 | **Verizon Communications Inc.** |
| 200 | 68.238.247.121 | **Verizon Communications Inc.** |
| 202 | 96.250.171.180 | **Verizon Communications Inc.** |
| 204 | 173.77.164.160 | **Verizon Communications Inc.** |
| 206 | 71.190.234.197 | **Verizon Communications Inc.** |
| 208 | 71.251.16.105 | **Verizon Communications Inc.** |
| 209 | 173.77.164.108 | **Verizon Communications Inc.** |
| 223 | 71.190.233.82 | **Verizon Communications Inc.** |
| 227 | 72.80.126.176 | **Verizon Communications Inc.** |
| 245 | 71.251.16.153 | **Verizon Communications Inc.** |
| 259 | 71.190.235.190 | **Verizon Communications Inc.** |
| 263 | 71.251.16.79 | **Verizon Communications Inc.** |
| 271 | 71.187.177.189 | **Verizon Communications Inc.** |
| 279 | 74.99.85.231 | **Verizon Communications Inc.** |

| 299 | 72.94.34.131 | **Verizon Communications Inc.** |
|---|---|---|
| 303 | 173.63.121.234 | **Verizon Communications Inc.** |
| 306 | 108.41.234.9 | **Verizon Communications Inc.** |
| 320 | 71.251.16.163 | **Verizon Communications Inc.** |
| 321 | 71.190.229.159 | **Verizon Communications Inc.** |
| 323 | 71.190.229.106 | **Verizon Communications Inc.** |
| 330 | 108.46.115.222 | **Verizon Communications Inc.** |
| 337 | 108.41.234.137 | **Verizon Communications Inc.** |
| 339 | 71.190.229.139 | **Verizon Communications Inc.** |
| 340 | 71.190.230.72 | **Verizon Communications Inc.** |
| 341 | 68.238.247.89 | **Verizon Communications Inc.** |
| 347 | 71.251.16.227 | **Verizon Communications Inc.** |
| 348 | 71.251.16.187 | **Verizon Communications Inc.** |
| 350 | 71.166.245.167 | **Verizon Communications Inc.** |
| 371 | 108.54.212.14 | **Verizon Communications Inc.** |
| 381 | 71.190.229.210 | **Verizon Communications Inc.** |
| 387 | 71.251.16.34 | **Verizon Communications Inc.** |

Dated: July 20, 2012                                         Respectfully submitted,
                                                             SIMMONS BROWDER GIANARIS
                                                             ANGELIDES & BARNERD LLC

          By:  /s/ Paul A.  Lesko_____
          Paul A. Lesko – LA Bar No. 26567
          One Court Street
          Alton, IL 62002
          Ph: 618.259.2222
          Fax: 618.259.2251
          Email: plesko@simmonsfirm.com

          Attorney for Plaintiff
          West Coast Production, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

          /s/ Paul A. Lesko_____

          Attorney for Plaintiff West Coast
          Productions, Inc.