IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC.  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SWARM SHARING HASH FILES  )<br>7A41E9DDED8675F90CDDAC6F8E4E2311BABF14E7,  )<br>25600BE3C6CC4529AC4247FA9B6BCB8B530857EB,  )<br>8653511547D205181DB2B69D2C3B4F732947F3E4,  )<br>CCDA1BA63666D12E05A652B91008180724F13AB1,  )<br>D895A3C7A530DDD3C8CD7E0F7DEF6B43211F4E35,  )<br>EB72BDD147682AF141C1574A78DD848D01C0CDDC;  )<br>AND DOES 1-416.  )<br>  )<br>  Defendants.  )<br>_____  ) | Case No. 6:12-cv-000670<br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**VOLUNTARY MOTION TO DISMISS SPECIFIC DOE DEFENDANTS**

Plaintiff hereby files this Voluntary Motion to Dismiss Specific Doe Defendants, through which it dismisses the 2 Doe Defendants listed below.  This Voluntary Motion to Dismiss is specific to the Doe Defendants identified below and does not apply to any Defendant other than the Defendants listed herein. After this dismissal, 306 John Does will remain in this action.

Plaintiff hereby dismisses the following 2 Doe Defendants **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 117 | 97.121.78.165 | **CenturyLink, Inc (Qwest Communications and CenturyTel Internet Holdings)** |
| 411 | 173.202.10.147 | **CenturyLink, Inc (Qwest Communications and CenturyTel Internet Holdings)** |

Dated:  August 24, 2012                                    Respectfully submitted,
                                                                         SIMMONS BROWDER GIANARIS
                                                                         ANGELIDES & BARNERD LLC

1

2

By: /s/ Paul A. Lesko_____
Paul A. Lesko – LA Bar No. 26567
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Attorney for Plaintiff
West Coast Production, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record as set forth below:

Christina N. Boffen, Esq.
Bar#29851 (US District Court for MD)
The Law Office of
CHRISTINA N. BOFFEN, LLC
216 N. Crain Hwy, Suite 202A
Glen Burnie, MD  21061
410.718.2929
410.747.3741 (Fax)
cboffen@gmail.com

Local Counsel:
W. Scarth Clark, Esq.
Bar #22993
KOEPPEL TRAYLOR, LLC
2030 St. Charles Ave.
New Orleans, LA  70130
504.598.1000
504.524.1024 (Fax)
sclark@koeppeltraylor.com

/s/ Paul A. Lesko_____
Attorney for Plaintiff
West Coast Productions, Inc.